IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 07-60306

---

DANIEL KELLEY

          Petitioner - Appellant

    v.

LARRY GREER

          Respondent - Appellee

United States Court of Appeals
Fifth Circuit
**F I L E D**
July 24, 2007
Charles R. Fulbruge III
Clerk

---

Appeal from the United States District Court for the
Northern District of Mississippi, Oxford

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 24, 2007, for want of prosecution. The appellant failed to timely pay docketing fee; file motion for certificate of appealability; and file a brief in support.

                      CHARLES R. FULBRUGE III
                 Clerk of the United States Court
                 of Appeals for the Fifth Circuit

            By: _____
                   Michael R. Brown, Deputy Clerk

          ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
       Deputy
New Orleans, Louisiana  JUL 2 4 2007